# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

        **v.**                  **CASE NO. 15-10149-01-JTM**

DANIELLE E. LEWIS,

        **Defendant.**

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

### Count One

**18 U.S.C. § 1028A(a)**
**(Aggravated Identity Theft)**

Beginning on or about September 8, 2015, in the District of Kansas, the defendant,

**DANIELLE E. LEWIS,**

did knowingly and willfully possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United State Code, Section 1028A(c), to wit, bank fraud and wire fraud pursuant to Title 18, United States Code, Sections 1344 and 1343, respectively, knowing that the means of

identification belonged to another actual person, M.A., in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Two

### 18 U.S.C. § 1028A(a)
### (Aggravated Identity Theft)

Beginning on or about September 8, 2015, in the District of Kansas, the defendant,

**DANIELLE E. LEWIS,**

did knowingly and willfully possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United State Code, Section 1028A(c), to wit, bank fraud and wire fraud pursuant to Title 18, United States Code, Sections 1344 and 1343, respectively, knowing that the means of identification belonged to another actual person, D.K., in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Three

### 18 U.S.C. § 1344
### (Bank Fraud)

Beginning on or about August 4, 2015, and continuing through September 8, 2015, in the District of Kansas, the defendant,

**DANIELLE E. LEWIS,**

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money and funds owned by, under the custody and control of Capital One, a financial institution whose deposits were then insured by the Federal Deposit Insurance

Corporation, by means of false and fraudulent pretenses and representations, in that the defendant obtained stolen checks, credit cards, Kansas driver's license and a bank card belonging to an actual Capital One account holder, with the intent to use these items, the information associated with the items, and account information to obtain money and funds associated with the account holder's account at Capital One, when the defendant knew that she was not entitled to do so, in violation of Title 18, United States Code, Sections 1344(2) and 2.

## Count Four

### 18 U.S.C. § 1028A(a)
### (Aggravated Identity Theft)

Beginning on or about September 8, 2015, in the District of Kansas, the defendant,

**DANIELLE E. LEWIS,**

did knowingly and willfully possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United State Code, Section 1028A(c), to wit, bank fraud and wire fraud pursuant to Title 18, United States Code, Sections 1344 and 1343, respectively, knowing that the means of identification belonged to another actual person, J.R., in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Five

**18 U.S.C. § 1344**
**(Bank Fraud)**

Beginning on a date unknown, and continuing through September 8, 2015, in the District of Kansas, the defendant,

**DANIELLE E. LEWIS,**

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money and funds owned by, under the custody and control of Bank of America, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and representations, in that the defendant obtained a debit card, Kansas driver's license and credit card belonging to a real Bank of America account holder, with the intent to use these items, the information associated with the items, and account information to obtain money and funds associated with the account holder's account at Bank of America, when the defendant knew that she was not entitled to do so, in violation of Title 18, United States Code, Sections 1344(2) and 2.

## Count Six

**18 U.S.C. § 1344**
**(Bank Fraud)**

Beginning on about July 10, 2015, and continuing through July 31, 2015, in the District of Kansas, the defendant,

**DANIELLE E. LEWIS,**

-4-

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money and funds owned by, under the custody and control of Meritrust, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and representations, in that the defendant obtained stolen checks, a debit card, Kansas driver's license and credit cards belonging to an actual Meritrust account holder, with the intent to use these items, the information associated with the items, and account information to obtain money and funds associated with the account holder's account at Meritrust, when the defendant knew that she was not entitled to do so, in violation of Title 18, United States Code, Sections 1344(2) and 2.

## **Count Seven**

### **18 U.S.C. § 1344**
### **(Bank Fraud)**

Beginning on a date unknown, and continuing through September 8, 2015, in the District of Kansas, the defendant,

### **DANIELLE E. LEWIS,**

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money and funds owned by, under the custody and control of People's Bank and Trust, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and representations, in that the defendant obtained checks belonging to a real People's Bank and Trust account

holder, with the intent to use these checks and account information to obtain money and funds associated with the account holder's account at People's Bank and Trust, when the defendant knew that she was not entitled to do so, in violation of Title 18, United States Code, Sections 1344(2) and 2.

## **Count Eight**

### **18 U.S.C. § 1028A(a)**
### **(Aggravated Identity Theft)**

Beginning on or about September 1, 2015, in the District of Kansas, the defendant,

### **DANIELLE E. LEWIS,**

did knowingly and willfully possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United State Code, Section 1028A(c), to wit, bank fraud pursuant to Title 18, United States Code, Section 1344, knowing that the means of identification belonged to another actual person, M.A.H., in violation of Title 18, United States Code, Section 1028A(a)(1).

## **Count Nine**

### **18 U.S.C. § 1028A(a)**
### **(Aggravated Identity Theft)**

Beginning on or about September 2, 2015, in the District of Kansas, the defendant,

### **DANIELLE E. LEWIS,**

did knowingly and willfully possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United State Code, Section 1028A(c), to wit, bank fraud pursuant to Title 18, United

States Code, Section 1344, knowing that the means of identification belonged to another actual person, R.L.E., in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Ten

**18 U.S.C. § 1028A(a)**
**(Aggravated Identity Theft)**

Beginning on or about September 3, 2015, in the District of Kansas, the defendant,

**DANIELLE E. LEWIS,**

did knowingly and willfully possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United State Code, Section 1028A(c), to wit, bank fraud pursuant to Title 18, United States Code, Section 1344, knowing that the means of identification belonged to another actual person, T.Y.G., in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Eleven

**18 U.S.C. § 1028A(a)**
**(Aggravated Identity Theft)**

Beginning on or about September 3, 2015, in the District of Kansas, the defendant,

**DANIELLE E. LEWIS,**

did knowingly and willfully possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United State Code, Section 1028A(c), to wit, bank fraud pursuant to Title 18, United States Code, Section 1344, knowing that the means of identification belonged to another actual person, B.O.J., in violation of Title 18, United States Code, Section 1028A(a)(1).

-7-

## Count Twelve

### 18 U.S.C. § 1028A(a)
### (Aggravated Identity Theft)

Beginning on or about September 8, 2015, in the District of Kansas, the defendant,

### DANIELLE E. LEWIS,

did knowingly and willfully possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United State Code, Section 1028A(c), to wit, wire fraud pursuant to Title 18, United States Code, Section 1343, knowing that the means of identification belonged to another actual person, K.O.J., in violation of Title 18, United States Code, Section 1028A(a)(1).

## Forfeiture Allegations

As a result of committing the foregoing offenses alleged in Counts One through Twelve of this Superseding Indictment, the defendant, **DANIELLE E. LEWIS,** shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(2) all property, real and personal, that constitutes and is derived from proceeds traceable to the commission of the offenses, including, but not limited to the following:

i.      Money Judgment

A sum of money equal to an amount representing the proceeds obtained as a result of the offenses in Counts One through Twelve for which the defendant is liable.

All in violation of Title 18, United States Code, Section 982.

**A TRUE BILL**

 November 10, 2015
DATE

 s/Foreperson
FOREPERSON OF THE GRAND JURY

 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

| **It is requested that the trial be held in Wichita, KS** |